| | |
|---|---|
| 1 | FISHER & PHILLIPS LLP |
| | DAVID B. DORNAK, ESQ. |
| 2 | Nevada Bar No. 6274 |
| 3 | 300 South Fourth Street, Suite 300 |
| | Las Vegas, NV  89101 |
| 4 | Telephone:  (702) 252-3131 |
| | Facsimile:   (702) 252-7411 |
| 5 | Email: ddornak@fisherphillips.com |
| | *Attorney For Defendant* |
| 6 | *Ameriprise Financial, Inc.* |
| 7 | -AND- |
| 8 | |
| | DORSEY & WHITNEY LLP |
| 9 | JILLIAN KORNBLATT, ESQ. |
| | Minnesota Bar No. 391232 |
| 10 | Pro Hac Vice Pending |
| 11 | 50 South Sixth Street, Suite 1500 |
| | Minneapolis, MN 55402 |
| 12 | Telephone: (612) 492-6156 |
| | Facsimile: (612) 340-2868 |
| 13 | Email:  kornblatt.jillian@dorsey.com |
| | *Attorney For Defendant* |
| 14 | *Ameriprise Financial, Inc.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARISOL DE LA O, an Individual, | |
| Plaintiff, | **CASE NO.: 2:19-cv-00349-APG-VCF** |
| vs. | |
| AMERIPRISE FINANCIAL INC., a Foreign Corporation, DOES I -X; and ROE CORPORATIONS I -X. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| Defendant. | |

It is hereby stipulated by and between Plaintiff Marisol De La O, an individual, and Defendant Ameriprise Financial, Inc. ("Ameriprise") through their respective counsel, that the deadline for Ameriprise to move, answer, or otherwise respond to Plaintiff's Complaint shall be extended to Thursday, April 25, 2019, and that any

failure of Ameriprise to respond to the Complaint on or before that date shall not constitute a waiver of any defenses or rights available to Ameriprise.

Dated: March 15, 2019  FISHER PHILLIPS

By: */s/ David B. Dornak, Esq.*
David B. Dornak (#6274)
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 862-3612
Facsimile: (702)
Email: ddornak@fisherphillips.com

*Attorneys for Defendant
Ameriprise Financial, Inc.*

Dated: March 15, 2019  DORSEY & WHITNEY LLP

By: */s/ Jillian Kornblatt, Esq.*
Jillian Kornblatt (MN #391232)
*Pro Hac Vice pending*
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6156
Facsimile: (612) 340-2868
Email: kornblatt.jillian@dorsey.com

*Attorneys For Defendant
Ameriprise Financial, Inc.*

| | |
|---|---|
| Dated: March 14, 2019 | HKM EMPLOYMENT ATTORNEYS LLP |
| | By: */s/ Marta Kurshumova* |
| | Jenny L. Foley (#9017) |
| | Marta D. Kurshumova (#14728) |
| | 1785 East Sahara, Suite 300 |
| | Las Vegas, Nevada 89104 |
| | Telephone: (702) 625-3893 |
| | Facsimile: (702) 625-3895 |
| | Email: jfoley@hkm.com |
| | Email: mkurshumova@hkm.com |
| | *Attorneys For Plaintiff* |
| | *Marisol De La O* |

## **ORDER**

**IT IS HEREBY ORDERED:**

That pursuant to the Stipulation agreed upon by both parties, the deadline for Defendant to move, answer or otherwise respond to Plaintiff's Complaint shall be extended to April 25, 2019.

Dated: March 18, 2019

Magistrate Judge Cam Ferenbach
United States District Court