FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 South Fourth Street, Suite 300
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
Email: ddornak@fisherphillips.com
*Attorney For Defendant*
*Ameriprise Financial, Inc.*

-AND-

DORSEY & WHITNEY LLP
JILLIAN KORNBLATT, ESQ.
Minnesota Bar No. 391232
Pro Hac Vice Pending
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6156
Facsimile: (612) 340-2868
Email:  kornblatt.jillian@dorsey.com
*Attorney For Defendant*
*Ameriprise Financial, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARISOL DE LA O, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIPRISE FINANCIAL INC., a Foreign Corporation, DOES I -X; and ROE CORPORATIONS I -X.<br><br>Defendant. | **CASE NO.: 2:19-cv-00349-APG-VCF**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

It is hereby stipulated by and between Plaintiff Marisol De La O and Defendant Ameriprise Financial, Inc. ("Ameriprise"), by and through their respective counsel, that the deadline for Ameriprise to move, answer, or otherwise respond to Plaintiff's Complaint shall be extended to Monday, June 3, 2019, and that any failure of

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 1 -

1  Ameriprise to respond to the Complaint on or before that date shall not constitute a

2  waiver of any defenses or rights available to Ameriprise.

3  Dated:  April 23, 2019                    FISHER PHILLIPS

4

5                                            By: */s/ David B. Dornak, Esq.*
                                                David B. Dornak (#6274)

6                                               300 S. Fourth Street
                                                Suite 1500

7                                               Las Vegas, Nevada 89101
                                                Telephone:  (702) 862-3612

8                                               Facsimile:  (702)
                                                Email:  ddornak@fisherphillips.com

9

10                                              *Attorneys for Defendant*
                                                *Ameriprise Financial, Inc.*

11

    Dated:  April 23, 2019                    DORSEY & WHITNEY LLP

12

13                                            By: */s/ Jillian Kornblatt, Esq.*
                                                Jillian Kornblatt (MN #391232)

14                                              *Pro Hac Vice pending*
                                                50 South Sixth Street

15                                              Suite 1500
                                                Minneapolis, MN  55402

16                                              Telephone:  (612) 492-6156
                                                Facsimile:  (612) 340-2868

17                                              Email:  kornblatt.jillian@dorsey.com

18

19                                              *Attorneys For Defendant*
                                                *Ameriprise Financial, Inc.*

20

21

22

23

24

25

26

27

28

FPDOCS 35151307.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Dated:  April 23, 2019                    HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Marta Kurshumova*
    Jenny L. Foley (#9017)
    Marta D. Kurshumova (#14728)
    1785 East Sahara, Suite 300
    Las Vegas, Nevada 89104
    Telephone:  (702) 625-3893
    Facsimile:  (702) 625-3895
    Email:  jfoley@hkm.com
    Email:  mkurshumova@hkm.com

    *Attorneys For Plaintiff*
    *Marisol De La O*

## ORDER

**IT IS HEREBY ORDERED:**

That pursuant to the Stipulation agreed upon by both parties, the deadline for Defendant to move, answer or otherwise respond to Plaintiff's Complaint shall be extended to June 3, 2019.

Dated: April 24, 2019

Magistrate Judge Cam Ferenbach
United States District Court

- 3 -

FPDOCS 35151307.1